UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALWA JIRJEES POLUS,<br><br>                           Plaintiff,<br><br>v.<br><br>DAVID M. RADEL, Los Angeles Asylum Office, Director, U.S. Citizenship and Immigration Services, et al.,<br><br>                           Defendants. | Case No.: 25-CV-542 JLS (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br><br>(ECF No. 3) |

Presently before the Court is the Parties' Joint Motion to Stay ("Joint Mot.," ECF No. 3). In this case, Plaintiff seeks adjudication of her asylum application, which has been pending for nearly ten years. ECF No. 1 ("Compl.") ¶ 6. The Parties now represent that U.S. Citizenship and Immigration Services ("USCIS") has scheduled an asylum interview for Plaintiff on September 25, 2025, which—based on USCIS estimates—should result in an adjudication of Plaintiff's pending application by January 23, 2026. Joint Mot. at 1. The Parties wish to stay this litigation until that time. *Id.*

"District courts have inherent authority to stay proceedings before them." *Rohan ex rel. Gates v. Woodford*, 334 F.3d 803, 817 (9th Cir. 2003), *abrogated on other grounds by Ryan v. Gonzales*, 568 U.S. 57 (2013). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*,

1  299 U.S. 248, 254 (1936). In light of the foregoing, the Court finds that granting the
2  requested stay would best promote the interests of securing a just, speedy, and inexpensive
3  determination of the action. *See* Fed. R. Civ. P. 1. Accordingly, the Court **GRANTS** the
4  Parties' Joint Motion (ECF No. 3). This action is hereby **STAYED** until January 23, 2026,
5  and all deadlines, including Defendants' deadline to respond to Plaintiff's Complaint, are
6  **VACATED** until further order of the Court. The Parties **SHALL FILE** a joint status report
7  on or before the conclusion of this stay if Plaintiff has not voluntarily dismissed this action
8  before that date.

9      **IT IS SO ORDERED.**

10  Dated: May 9, 2025

                                                  */s/ Janis L. Sammartino*
                                                  Hon. Janis L. Sammartino
                                                  United States District Judge