UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALWA JIRJEES POLUS,<br><br>Plaintiff,<br><br>v.<br><br>DAVID M. RADEL, Los Angeles Asylum Office, Director, U.S. Citizenship and Immigration Services, et al.,<br><br>Defendants. | Case No.: 25-CV-542 JLS (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br><br>(ECF No. 7) |

Presently before the Court is the Parties' Joint Motion to Stay ("Joint Mot.," ECF No. 7). In this case, Plaintiff seeks adjudication of her asylum application, which has been pending for nearly ten years. ECF No. 1 ("Compl.") ¶ 6. U.S. Citizenship and Immigration Services ("USCIS") conducted an asylum interview for Plaintiff on September 25, 2025, however, Plaintiff added a dependent spouse to her Form I-589. Joint Mot. at 1. The Parties represent that USCIS needs additional time to complete the vetting process for Plaintiff's dependent spouse and to consider the new USCIS policies impacting this case. *Id.* at 2. The Parties seek that the stay in this litigation be extended until May 13, 2026, to continue to work towards an extrajudicial resolution. *Id.*

"District courts have inherent authority to stay proceedings before them." *Rohan ex rel. Gates v. Woodford*, 334 F.3d 803, 817 (9th Cir. 2003), *abrogated on other grounds by Ryan v. Gonzales*, 568 U.S. 57 (2013). "[T]he power to stay proceedings is incidental to

the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). In light of the foregoing, the Court finds that granting the requested stay would best promote the interests of securing a just, speedy, and inexpensive determination of the action. *See* Fed. R. Civ. P. 1. Accordingly, the Court **GRANTS** the Parties' Joint Motion (ECF No. 7). This action is hereby **STAYED** until May 13, 2026, and all deadlines, including Defendants' deadline to respond to Plaintiff's Complaint, are **VACATED** until further order of the Court. The Parties **SHALL FILE** a joint status report on or before the conclusion of this stay if Plaintiff has not voluntarily dismissed this action before that date.

   **IT IS SO ORDERED.**

Dated: January 20, 2026

Hon. Janis L. Sammartino
United States District Judge

25-CV-542 JLS (DEB)